THE STATE OF OHIO, APPELLANT, *v.* BURKS, APPELLEE.

[Cite as *State v. Burks,* 134 Ohio St.3d 378, 2012-Ohio-5629.]

*Appeal dismissed as having been improvidently accepted.*

(No. 2012-1195—Submitted December 4, 2012—Decided December 5, 2012.)

APPEAL from the Court of Appeals for Lucas County, No. L-12-11116.

————————————

{¶ 1} The cause is dismissed, sua sponte, as having been improvidently accepted.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

————————————

Julia R. Bates, Lucas County Prosecuting Attorney, and Evy M. Jarrett, Assistant Prosecuting Attorney, for appellant.

Deborah Kovac Rump and Jane E. Roman, for appellee.

Ron O'Brien, Franklin County Prosecuting Attorney, and Steven L. Taylor, Chief Counsel, Appellate Division, for amicus curiae Franklin County Prosecutor Ron O'Brien.

————————————